IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ALEXANDER GARCIA REYES, | § |
| *Plaintiff,* | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 2:25-cv-00052-AM-JAC |
| | § |
| PAPUCHO TRANSPORT SERVICE | § |
| CORP., EXACTUS LOGISTICS, INC. and | § |
| JOHN DOE. | § |
| *Defendants.* | § |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
## TO FILE AMENDED COMPLAINT

Pursuant to Rule 15 of the FEDERAL RULES OF CIVIL PROCEDURE and Local Rule CV-7, Plaintiff Alexander Garcia Reyes moves the Court for leave to file the attached Amended Complaint.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Allowing Plaintiff to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility

Justice requires allowing Plaintiff to amend. Through the Amended Complaint, Plaintiff seeks to add Louis Mendes as a Defendant. Plaintiff originally identified this Defendant as "John Doe" in his Original Petition. Plaintiff learned Mr. Mendes's true identity during the parties' Rule 26(f) conference on August 22, 2025.

Allowing this amendment will not result in undue delay, bad faith, or prejudice to the Defendants. Discovery has only recently commenced, and no scheduling order deadlines will be disturbed by this amendment. The amendment will serve judicial efficiency by ensuring the proper

party is before the Court. Because the amendment merely substitutes the correct identity of a previously unknown defendant, denial of leave would unduly prejudice Plaintiff and frustrate the fair resolution of this case.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and permit the filing of the attached Amended Complaint, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**Michael Gomez**
State Bar No. 24029578
mgomez@jimadler.com
**Frank W. Robertson**
State Bar No. 24033129
frobertson@jimadler.com
**Thomas Cullee Mayes, Jr.**
State Bar No. 24078951
tmayes@jimadler.com
**JIM S. ADLER & ASSOCIATES**
1900 West Loop South, 20th Floor
Houston, Texas 77027
Tel: (713) 335-1020
Fax: (713) 781-2514
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties conferred on this motion via e-mail on August 25, 2025. Counsel for the Defendant is **unopposed** to this motion.

Michael Gomez

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record, as listed below, pursuant to the Federal Rules of Civil Procedure on this ~~29ᵗʰ day of August, 2025.~~

September 12, 2025

*Via EServe*
**Clinton Cox**
State Bar No. 24040738
ccox@coxpllc.com
**Rhonda M. Mills**
State Bar No. 00791543
rmills@coxpllc.com
**Cox, PLLC**
8144 Walnut Hill Lane, Ste. 1090
Dallas, Texas 75231
Telephone: (210) 421-6532
Facsimile: (469) 340-1884
**ATTORNEYS FOR DEFENDANT EXACTUS LOGISTIC, INC.**

Michael Gomez